IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**NALLELY HERNANDEZ,**

    **Plaintiff,**

**v.**                                        Cause No. 1:16-CV-01117-JB-SCY

**ESPAÑOLA PUBLIC SCHOOLS, et al.,**

    **Defendants.**

### STIPULATED DISMISSAL OF ALL CLAIMS WITH PREJUDICE
### AGAINST DEFENDANT GARY GREGOR

**COME NOW,** the parties, by and through their undersigned attorneys of record, pursuant to Fed. R. Civ. P. 41(a)(1)(A), and hereby stipulate to the voluntary dismissal of all claims with prejudice against Defendant Gary Gregor.

All claims brought, or which could have been brought, herein by the Plaintiff or on her behalf against Defendant Gregor are dismissed with prejudice, with each party to pay their own attorney fees and costs. Furthermore, the parties agree that Defendant Gregor's name will be removed from the caption in this case.

Respectfully Submitted,

**NARVAEZ LAW FIRM, P.A.**

*/s/ Henry F. Narvaez*
HENRY F. NARVAEZ
MICHAEL CALDERÓN
P.O. Box 25967
Albuquerque, NM  87125-0967
(505) 248-0500
*Attorneys for Gary Gregor*

1

**ROTHSTEIN DONATELLI LLP**

*/s/ Cammie Nichols via email 8/16/2017*
CAROLYN M. "CAMMIE" NICHOLS
ALICIA C. LOPEZ
500 Fourth Street N.W., Suite 400
Albuquerque, NM 87102
(505) 243-1443 phone (505) 242-7845 fax
*Attorneys for Plaintiff*

**WALZ AND ASSOCIATES**

*/s/ Jerry A. Walz via telephone 8/16/17*
JERRY A. WALZ
133 Eubank Blvd NE
Albuquerque, NM  87123
Phone: (505) 275-1800
*Attorney for Espanola Public Schools*
*and Ruby E. Montoya*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of August 2017, I filed the foregoing electronically through the Court's electronic filing system (CM/ECF), which caused the above parties or counsel of record to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

*/s/ Henry F. Narvaez*
**Henry F. Narvaez, Esq.**