IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NALLELY HERNADEZ,

    Plaintiff,

vs.   No. CIV 16-1117 JB/SCY

ESPAÑOLA PUBLIC SCHOOLS; RUBY E.
MONTOYA, in her individual capacity; GARY F.
GREGOR, in his individual capacity,

    Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on: (i) a Stipulated Order Dismissing The Española Public Schools with Prejudice, filed September 19, 2017 (Doc. 54)("First Order"); (ii) an Order Granting Stipulated Dismissal of All Claims Against Defendant Gary Gregor, filed September 21, 2017 (Doc. 55)("Second Order"); and (iii) an Order Granting Stipulated Dismissal of All Claims Against Defendant Ruby Montoya, filed September 21, 2017 (Doc. 56)("Third Order"). In the First Order, the Court dismissed Defendant Española Public Schools with prejudice. See First Order at 1. In the Second Order, the Court dismissed Defendant Gary Gregor with prejudice. See Second Order at 1. In the Third Order, the Court dismissed Defendant Ruby Montoya with prejudice. See Third Order at 1. Having disposed of all issues, claims, and parties before the Court, the Court now enters Final Judgment and dismisses this case.

**IT IS ORDERED** that: (i) Final Judgment is entered; and (ii) this case is dismissed with prejudice.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE

*Counsel:*

Carolyn M. Nichols
Alicia C. Lopez
Rothstein Donatelli L.L.P.
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Jerry A. Walz
Walz and Associates, P.C.
Albuquerque, New Mexico

    *Attorneys for Defendants Ruby E. Montoya and Española Public Schools*

Henry F. Narvaez
Michael B. Calderon
Narvaez Law Firm
Albuquerque, New Mexico

    *Attorneys for Defendant Gary Gregor*